McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS M. HOCKING; HENRY P. LEAL AND LETA LEAL AS CO-TRUSTEES OF THE HENRY AND LETA LEAL REVOCABLE TRUST DATED APRIL 9, 2007,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, D.M. STEELE, JR., AN UNMARRIED MAN; UNITED STATES OF AMERICA AND DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 1:07-cv-01900-OWW-DLB<br><br>**STIPULATION AND ORDER CONCERNING UNITED STATES OF AMERICA'S INTEREST IN LAWSUIT AND FOR REMAND** |

　　　　Plaintiffs, Thomas M. Hocking, Henry P. Leal and Leta Leal as Co-Trustees of the Henry and Leta Leal Revocable Trust Dated April 9, 2007 ("Plaintiffs") and Defendants County of Kern ("Kern County"), D.M. Steele, Jr. ("Steele"), and United States of America ("United States"), hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

　　　　1.　Plaintiffs commenced this lawsuit, seeking partition of real property, in the Superior Court of California, County of Kern.  The United States, sued here under 28 U.S.C. §

1  2410(a), removed the case to this Court.

2      2.   The United States claims certain federal tax liens
3  for unpaid income taxes and trust fund recovery penalties
4  assessed against Steele by the District Director of Internal
5  Revenue.  The United States recorded a Notice of Federal Tax Lien
6  Refiling with the Kern County Recorder's Office on September 30,
7  2003, as Document No. 0203210851.

8      3.   The United States takes the position (with or
9  without the other parties' concurrence) that, as a matter of law,
10 the parties in an action such as this one under 28 U.S.C. §
11 2410(a) cannot contest the merits of federal tax assessments.
12 See Powelson v. United States (9th Cir. 1992) 979 F.2d 141, 145,
13 cert. denied (1993) 507 U.S. 1029.

14     4.   Internal Revenue Code Section 6321 provides that
15 federal tax liens are "upon all property and rights to property,
16 whether real or personal, belonging to" the taxpayer.  To the
17 extent that Steele has interests in the real property described
18 in paragraph I of the Complaint for Partition of Real Property
19 filed September 27, 2007 (the "Subject Property"), the
20 abovementioned federal tax liens attach to those interests,
21 before and after any partition.

22     5.   The federal tax liens are prior in time and prior
23 in right to all other liens asserted in this case against
24 Steele's interest in the Property, except that certain local
25 property taxes can be prior in right even when not prior in time
26 under 26 U.S.C. § 6323(b)(6).  The United States does not assert
27 priority over that lien for unsecured property taxes in the
28 amount of $996.95, recorded by Kern County on October 16, 2006,

1  as instrument Number 020625635.
2        6.   This action shall be REMANDED to the Superior
3  Court of California, County of Kern.
4        7.   Defendant United States shall not be required to
5  participate further in this action except by order of the Court.
6  Papers in this action should not be served upon defendant United
7  States or its counsel except as provided below.
8        8.   The Court's Clerk, or, if the Court does not mail
9  it, Plaintiffs' counsel, shall mail to the United States
10 Attorney's Office a copy of any final order or judgment that
11 decides or resolves any property interests or lien priorities in
12 the Property.
13       9.   This stipulation may be signed in counterparts.

                              Respectfully submitted,

15 Dated: February 29 2008.     McGREGOR W. SCOTT
                                United States Attorney

18                              By:  /s/Benjamin E. Hall
                                     BENJAMIN E. HALL
                                     Assistant U.S. Attorney
19                                   Attorneys for Defendant
                                     United States of America

22 Dated: February 27, 2008.        /s/ Gerald M. Leverett
                                    GERALD M. LEVERETT
23                                  Attorney for Plaintiffs, Thomas M.
                                    Hocking, Henry P. Leal and Leta
24                                  Leal as Co-Trustees of the Henry
                                    and Leta Leal Revocable Trust

26 ///
27 ///
28

3

```
Dated: February 22, 2008.        B.C. BARMANN, SR., COUNTY COUNSEL


                                 By:   /s/ Jerri S. Bradley
                                       JERRI S. BRADLEY
                                       Attorneys for Defendant County
                                       of Kern

Dated: March 19, 2008.           BORTON PETRINI, LLP


                                 By:    /s/ Robert A. Baggs
                                       ROBERT A. BAGGS
                                       Attorneys for Defendant D.M.
                                       Steele, Jr.
```

IT IS SO ORDERED.

**Dated:   March 25, 2008**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE